# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GABRIEL MORAN, and
REINERIS PENATE NAJERA,

      Plaintiffs,

v.                                No.:_____

CODY WYCOFF, and
OLD DOMINION FREIGHT LINE, INC.,

      Defendants.

## NOTICE OF REMOVAL TO THE UNITED STATES
## DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

COME NOW the Defendants, Cody Wycoff and Old Dominion Freight Line, Inc. (hereafter "the Defendants"), by and through their counsel of record, Butt Thornton & Baehr PC (Raul P. Sedillo and Charles B. Kraft), and hereby remove this lawsuit to the United States District Court for the District of New Mexico. As grounds therefore, the Defendants state as follows:

1.      Plaintiffs filed this civil action against the Defendants in the First Judicial District Court, County of Santa Fe, State of New Mexico, Case No. D-101-CV-2016-00177. Plaintiff's Complaint for Personal Injuries and Damages ("Original Complaint"), which was filed January 21, 2016, named as defendants Cody Wycoff and Old Dominion Freight Line, Inc.

2.      Plaintiffs filed an Amended Complaints for Personal Injuries and Damages ("Amended Complaint") on March 2 and 11, 2016, naming again Cody Wycoff and Old Dominion Freight Line, Inc. as Defendants, but also adding as defendants Old Dominion Holdings of New Mexico LLC and Old Dominion Systems Corporation of New Mexico. With

the addition of Defendants Old Dominion Holdings of New Mexico LLC and Old Dominion Systems Corporation of New Mexico, this case was not removable under 28 U.S.C. 1441.

3.      Plaintiffs filed a Second Amended Complaint for Personal Injuries and Damages ("Second Amended Complaint") on November 18, 2016, naming only Cody Wycoff and Old Dominion Freight Line, Inc. as Defendants. Defendants were officially served with Plaintiffs' Second Amended Complaint on November 18, 2016.

4.      Pursuant to D.N.M. LR-CIV 81.1(a), a copy of the Original Complaint, Amended Complaint and Second Amended Complaint, along with copies of all records and proceedings are attached hereto as Exhibit A.

5.      Plaintiffs are citizens and residents of the State of Utah. *See* Second Amended Complaint, ¶ 1.

6.      Defendant Cody Wycoff is a citizen and resident of the State of Colorado. *See* Second Amended Complaint, ¶ 2.

7.      Defendant Old Dominion Fright Line, Inc. is a Virginia Corporation, with its principal place of business being in the State of North Carolina, and therefore, is a citizen of North Carolina. *See* Second Amended Complaint, ¶ 3.

8.      There is complete diversity of citizenship between the Plaintiffs and the Defendants.

9.      The Second Amended Complaint, pursuant to the New Mexico Rules of Civil Procedure, contains no allegation for damages in a specific monetary amount. The Second Amended Complaint, however, alleges that the Defendants are responsible for personal injuries suffered by both Plaintiffs and requests:

    a.  Medical bills and related expenses, past, present and future;
    b.  Physical pain and suffering, past, present and future;

      c.  Miscellaneous inconvenience and expense, past, present and future;

      d.  Damage to and loss of use of their motor vehicles;

      e.  Lost wages and impairment of earning capacity, past present and future; and

      f.  punitive damages.

Second Amended Complaint, ¶ 21.

10.     Plaintiffs' counsel Michael Ross has asserted to the Defendants' counsel that the amount in controversy in this matter exceeds $75,000. Although Defendants do not admit that Plaintiff has been damaged by its acts or omissions, based on Plaintiff's Second Amended Complaint and counsel's assertion, the amount in controversy in this matter exceeds $75,000 in value exclusive of interest and costs.

11.     The United States District Court, therefore, has original jurisdiction over the Summons and Second Amended Complaint under 28 U.S.C. § 1332(a) as the matter in controversy exceeds $75,000.00 in value, exclusive of interest and costs, and this action is between citizens of different states. Diversity jurisdiction has existed from the time the Plaintiffs filed their Second Amended Complaint of this action in state court through the time of the filing of this Petition. 28 U.S.C § 1446(b)(3).

12.     Because this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a), this action is removable pursuant to 28 U.S.C. §§ 1441(a).

13.     The state court in which this action was commenced is within this Court's district. Venue is therefore proper under 28 U.S.C. §§ 111 and 1441(a).

14.     The Notice of Removal was filed with this Court within thirty (30) days after the Defendants were served with Plaintiff's Second Amended Complaint.

15.     Defendants, immediately upon the filing of this Notice of Removal, gave written notice of the filing to plaintiffs as required by 28 U.S.C. § 1446(d) and filed a copy of this Notice

of Removal with the Clerk of the First Judicial District Court, County of Santa Fe, State of New Mexico, the Court from which this action is removed.

16.       This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, Defendants respectfully request that the above-entitle action remain in this United States District Court for the District of New Mexico.

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

**Electronically Filed**

/s/ *Raul P. Sedillo*
Raul P. Sedillo
Charles B. Kraft
*Attorneys for Defendant Old Dominion Freight Line, Inc. and Cody Wycoff*
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
rpsedillo@btblaw.com
cbkraft@btblaw.com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of December, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:


Michael C. Ross, Esq.
Elias Law, PC
111 Isleta Boulevard, SW, Suite A
Albuquerque, NM 87105
*Attorney for Plaintiffs*



By:     /s/*Raúl P. Sedillo*
        Raúl P. Sedillo

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| | |
|---|---|
| **1.  (a) PLAINTIFFS**<br>    Gabriel Moran, and Reineris Penate Najera | **DEFENDANTS**<br>Cody Wycoff and Old Dominion Freight Line, Inc. |
| **(b)** County of Residence of First Listed Plaintiff:  Salt Lake County, State of Utah<br><br>(EXCEPT IN  U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant:  La Plata County, State of Colorado<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>        TRACT OF LAND INVOLVED. |
| **(c)  ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**<br>Michael C. Ross<br>Elias Law P.C.<br>111 Isleta Boulevard SW, Suite A<br>Albuquerque, NM  87105<br>505-221-6000 | Butt Thornton & Baehr, P.C.<br>Raúl P. Sedillo, Esq.<br>Charles B. Kraft, Esq.<br>4101 Indian School Rd. N.E. #300<br>Albuquerque, NM  87110<br>Telephone: 5050 884-0777 |

## II.  BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government
        Plaintiff

☐ 2  U.S. Government
        Defendant

☐ 3  Federal Question
        (U.S. Government Not a Party)

☒ 4  Diversity
        (Indicate Citizenship of parties
        in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or principal Place<br>of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and principal Place<br>of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUITE (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110  Insurance<br>☐ 120  Marine<br>☐ 130  Miller Act<br>☐ 140  Negotiable Instrument<br>☐ 150  Recovery of Overpayment<br>      & Enforcement of<br>      Judgment<br>☐ 151  Medicare Act<br>☐ 152  Recovery of Defaulted<br>      Student Loans<br>      (Excl. Veterans)<br>☐ 153  Recovery of Overpayment<br>      of Veteran's Benefits<br>☐ 160  Stockholders Suits<br>☐ 190  Other Contract<br>☐ 195  Contract Product Liability<br>☐ 196  Franchise | **PERSONAL INJURY**<br>☐ 310  Airplane<br>☐ 315  Airplane Product<br>      Liability<br>☐ 320  Assault Libel &<br>      Slander<br>☐ 330  Federal Employers<br>      Liability<br>☐ 340  Marine<br>☐ 345  Marine Product<br>      Liability<br>☒ 350  Motor Vehicle<br>☐ 355  Motor Vehicle<br>      Product Liability<br>☐ 360  Other Personal Injury | **PERSONAL INJURY**<br>☐ 362  Personal Injury – Med.<br>      Malpractice<br>☐ 365  Personal Injury –<br>      Product Liability<br>☐ 368  Asbestos Personal<br>      Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370  Other Fraud<br>☐ 371  Truth in Lending<br>☐ 380  Other Personal<br>      Property Damage<br>☐ 385  Property Damage<br>      Product Liability | ☐ 610  Agriculture<br>☐ 620  Other Food & Drug<br>☐ 625  Drug Related Seizure<br>      of Property 21 USC<br>      881<br>☐ 630  Liquor Laws<br>☐ 640  R.R. & Truck<br>☐ 650  Airline Regs.<br>☐ 660  Occupational<br>      Safety/Heath<br>☐ 690  Other | ☐ 422  Appeal 28 USC 158<br><br>☐ 423  Withdrawal<br>      28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820  Copyrights<br>☐ 830  Patent<br>☐ 840  Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861  HIA (1395 ff)<br>☐ 862  Black Lung (923)<br>☐ 863  DIW C/DIW W<br>      (405(g))<br>☐ 864  SSID Title XVI<br>☐ 865  RSI (405(g)) | ☐ 400  State Reapportionment<br>☐ 410  Antitrust<br>☐ 430  Banks and Banking<br>☐ 450  Commerce/ICC Rates/etc.<br>☐ 460  Deportation<br>☐ 470  Racketeer Influenced and<br>      Corrupt Organizations<br>☐ 480  Consumer Credit<br>☐ 480  Cable/Sat TV<br>☐ 810  Selective Service<br>☐ 850  Securities/Commodities/<br>      Exchange<br>☐ 875  Customer Challenge<br>      12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891  Agricultural Acts<br>☐ 892  Economic Stabilization<br>      Act<br>☐ 893  Environmental Matters<br>☐ 894  Energy Allocation Act<br>☐ 895  Freedom of Information<br>      Act<br>☐ 900  Appeal of Fee Determination<br>      Under Equal Access to<br>      Justice<br>☐ 950  Constitutionality of<br>      State Statutes |
| **REAL PROPERTY**<br>☐ 210  Land Condemnation<br>☐ 220  Foreclosure<br>☐ 230  Rent Lease &<br>      Ejectment<br>☐ 240  Torts to Land<br>☐ 245  Tort Product Liability<br>☐ 290  All other Real Property | **CIVIL RIGHTS**<br>☐ 441  Voting<br>☐ 442  Employment<br>☐ 443  Housing/<br>      Accommodations<br>☐ 444  Welfare<br>      440  Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510  Motions to Vacate<br>      Sentence<br>**HABEAS CORPUS:**<br>☐ 530  General<br>☐ 535  Death Penalty<br>☐ 540  Mandamus & Other<br>☐ 550  Civil Rights<br>☐ 555  Prison Condition | ☐ 710  Fair Labor Standards<br>      Act<br>☐ 720  Labor/Mgmt Relations<br>☐ 730  Labor/Mgmt Reporting<br>      & Disclosure Act<br>☐ 740  Railway Labor Act<br>☐ 790  Other Labor Litigation<br>☐ 791  Empl Ret Inc.<br>      Security Act | **FEDERAL TAX SUITS**<br>☐ 870  Taxes (U.S. Plaintiff<br>      or Defendant)<br>☐ 871  IRS – Third Party<br>      26 USC 7609 | |

*(Note: "LABOR" header appears above 710; "SOCIAL SECURITY" header appears above 861.)*

## V.  ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  Original
        Proceeding

☒ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        another district
        (specify)

☐ 6  Multidistrict
        Litigation

☐ 7  Appeal to District
        Judge from
        Magistrate
        Judgment

**VI. CAUSE OF ACTION**

(Cite the U.S. Civil Statute under which you are filing. (**Do not cite jurisdictional statutes unless diversity.**):
28 U.S.C. § 1441(a)

Brief description of cause: Plaintiff filed a complaint against Defendants for personal injuries and damages resulting from a motor vehicle accident. Because the U.S. District Court has original jurisdiction over the Summons and Second Amended Complaint under 28 U.S.C. § 1332(a), and the matter in controversy exceeds $75,000.00 in value, this action is removable pursuant to 28 U.S.C. § 1441(a).

| | | |
|---|---|---|
| **VII.  REQUESTED IN<br>COMPLAINT:** | ☐  CHECK IF THIS IS A CLASS ACTION<br>UNDER F.R.C.P. 23 | **DEMAND $** _____    CHECK YES only if demanded in Complaint<br>**JURY DEMAND:** YES ☒   NO ☐ |
| **VIII.  RELATED CASES(S)<br>IF ANY** | (See instructions)<br>JUDGE_____ | DOCKET NUMBER_____ |

| | |
|---|---|
| **DATE**<br>December 9, 2016 | **SIGNATURE OF ATTORNEY OF RECORD**<br>/s/ Raúl P. Sedillo |

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

FILED IN MY OFFICE
DISTRICT COURT CLERK
1/21/2016 11:06:57 AM
STEPHEN T. PACHECO
Raisa Morales

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

      Plaintiffs,

v.                    NO._____D-101-CV-2016-00177_____

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,

      Defendants.

---

## COMPLAINT FOR PERSONAL INJURIES AND DAMAGES

---

Plaintiffs Gabriel Moran and Reineris Penate-Najera for their Complaint state:

1. Plaintiffs at all times pertinent hereto are and have been citizens and residents of the State of Utah.

2. Upon information and belief, Defendant Cody Wycoff is a resident and citizen of the State of Colorado.

3. Upon information and belief, Defendant Old Dominion Freight Line, Inc. ("Old Dominion") is a Virginia corporation, having its principal place of business in North Carolina.

4. Old Dominion's registered agent for purposes of service of process is located in Santa Fe County, New Mexico. Therefore venue is proper in this district.

5. The motor vehicle accident described herein occurred in the State of New Mexico, therefore this Court has jurisdiction of the parties and the subject matter.

6.   The collision which is the subject of this litigation occurred on or about December 11, 2015, in Sandoval County, New Mexico, on US Highway 550 near the intersection of New Mexico State Road 537.

7.   At that time and place, Defendant Wycoff was driving a tractor trailer which was owned by Defendant Old Dominion.

8.   Defendant Wycoff slammed his vehicle into the back of Plaintiff Moran's vehicle, causing it to strike the rear of a vehicle driven by Plaintiff Najera-Penate.

9.   The subject collision was caused by the negligence and recklessness of Defendant Wycoff.

10.   Defendant Wycoff's reckless or taken with malicious and wanton disregard for the safety of Plaintiffs such than an award of punitive damages against Defendant Wycoff is justified.

## LIABILITY OF DEFENDANT WYCOFF

11.   Defendant Wycoff had a duty to carefully and safely operate his vehicle and further to comply with all applicable statutes and regulations relating to the operation of motor vehicles. Defendant Wycoff failed to comply with those legal duties and said failure was a substantial factor in causing the subject collision and Plaintiffs' injuries and damages.

12.   Defendant Wycoff's negligence includes but is not specifically limited to the following:

    a. careless driving;

    b. reckless driving;

    c. following too closely;   and

    d. failure to maintain a safe distance and speed.

13.     In addition to common law negligence, Defendant Wycoff may be deemed negligent *per se* and strictly liable to Plaintiffs for Plaintiffs' injuries and damages based upon Defendant Wycoff's failure to comply with the mandate of the following New Mexico statutes:

      a. NMSA 1978 § 66-8-114- Careless driving;

      b. NMSA 1978 § 66-8-113- Reckless driving;

      c. NMSA 1978 § 66-7-318- Following too closely;

### LIABILITY OF DEFENDANT OLD DOMINION

14.     The vehicle driven by Defendant Wycoff was owned by Defendant Old Dominion.

15.     At all relevant times, Defendant Old Dominion exercised control over the use of his vehicle, including control over who used his vehicle.

16.     On the date of the collision, Defendant Old Dominion permitted Defendant Wycoff to use the vehicle.

17.     Defendant Old Dominion knew or should have known that Defendant Wycoff was likely to use the vehicle in such a manner as to create an unreasonable risk of harm to others.

18.     Defendant Old Dominion's entrustment of the vehicle to Defendant Wycoff was negligent.

19.     As a direct and proximate result of Defendant Old Dominion's negligent entrustment of the vehicle to Defendant Wycoff, Plaintiffs have suffered personal injuries, property damage, and other losses.

20.     As a separate and alternative claim, at all times relevant to this Complaint, Defendant Wycoff was acting in the course and scope of his employment with Defendant Old Dominion. Therefore, Old Dominion should be held imputedly liable for Defendant Wycoff negligence under the doctrine of respondeat superior.

**PLAINTIFFS' DAMAGES**

21.   As a direct and proximate result of the negligence and carelessness of Defendant Wycoff, Plaintiffs have been injured and damaged. Plaintiffs' injuries and damages may include, but are not specifically limited to the following:

> a. Medical bills and related expenses, past, present and future;
>
> b. Physical pain and mental suffering, past, present and future;
>
> c. Miscellaneous inconvenience and expense, past, present and future;
>
> d. Damage to and loss of use of their motor vehicles; and
>
> e. Lost wages and impairment of earning capacity, past, present and future.
>
> f. Punitive damages.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, jointly and severally, awarding the following relief:

A.   Compensatory damages in an amount to be determined at trial;

B.   Punitive damages in a just amount;

C.   Pre- and post-judgment interest;

D.   Plaintiffs' costs; and

E.   Additional relief as the Court deems proper.

ELIAS LAW P.C.
By:   */s/ Michael C. Ross*
        MICHAEL C. ROSS
111 Isleta Boulevard SW, Suite A
Albuquerque, NM 87105
(505) 221-6000
*Attorney for Plaintiffs*

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/3/2016 5:10:46 PM
STEPHEN T. PACHECO
Veronica Rivera

| **SUMMONS ON FIRST AMENDED COMPLAINT** ||
|---|---|
| District Court: First Judicial<br>Santa Fe County, New Mexico<br>P.O. Box 2268<br>Court Address: 225 Montezuma Ave.<br>Santa Fe, New Mexico 87501<br>Court Telephone No: (505) 455-8250 | Case Number: No.: D-101-CV-2016-00177<br><br>Assigned Judge:<br><br>Honorable David K. Thompson |
| Plaintiff(s): GABRIEL MORAN and<br>REINERIS PENATE-NAJERA<br><br>v.<br><br>Defendant(s): CODY WYCOFF and OLD<br>DOMINION FREIGHT LINE, INC., OLD<br>DOMINION HOLDINGS OF NEW<br>MEXICO LLC, and OLD DOMINION<br>CORPORATION SYSTEM OF NEW<br>MEXICO | Defendant:<br><br>CODY WYCOFF |

**TO THE ABOVE NAMED DEFENDANTS(S):** Take notice that

1.   A lawsuit has been filed against you. A copy of the lawsuit is attached. The court issued this Summons.

2.   You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considering served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.   You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.   If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.   You are entitled to a jury trial on most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.   If you need an interpreter, you must ask for one in writing.

7.   You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; 1-505-797-6066

Dated this   03   of March, 2016

STEPHEN T PACHECO, COURT CLERK

Michael C. Ross
David Elias Idinopulos
ELIAS LAW P.C.
111 Isleta Boulevard SW, Suite A
Albuquerque, New Mexico 87105
(505) 221-6000

BY: _Veronica F Rivera_
DEPUTY COURT CLERK

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES
OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO    )
                       )ss.
COUNTY OF BERNALILLO  )

**I,** being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____county on the ___day of ___,_____, by delivering a copy of this summons, with a copy of complaint, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to defendant _____(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule I-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at_____(*insert defendant's last known mailing address*) a copy of summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at_____ (*insert defendant's business address*) anf by mailing the summons and complaint by first class mail to the defendant at_____ (*insert defendant's last known mailing address*)

[ ]    to _____, an agent authorized to receive service of process for defendant_____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____, (*used when defendant is a minor or an incompetent person*).

[ ]    to _____, (*name of person*), _____. (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____
         _____

Signature of person making service

_____
Title (*if any*)
Subscribed and sworn to before me this _____ day of _____, _____.

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

FILED IN MY OFFICE
DISTRICT COURT CLERK
2/4/2016 5:15:16 PM
STEPHEN T. PACHECO
Ginger Sloan

| **SUMMONS** | |
|---|---|
| District Court: First Judicial<br>Santa Fe County, New Mexico<br>P.O. Box 2268<br>Court Address: 225 Montezuma Ave.<br>Santa Fe, New Mexico 87501<br>Court Telephone No: (505) 455-8250 | Case Number: No.: D-101-CV-2016-00177<br><br>Assigned Judge:<br><br>Honorable David K. Thompson |
| Plaintiff(s): GABRIEL MORAN and<br>REINERIS PENATE-NAJERA<br><br>v.<br><br>Defendant(s): CODY WYCOFF and OLD<br>DOMINION FREIGHT LINE, INC. | Defendant:<br><br>CODY WYCOFF |

**TO THE ABOVE NAMED DEFENDANTS(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considering served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial on most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; 1-505-797-6066

Dated this   4th   of February, 2016

Stephen T. Pacheco
Clerk of the District Court

Michael C. Ross
David Elias Idinopulos
ELIAS LAW P.C.
111 Isleta Boulevard SW, Suite A
Albuquerque, New Mexico 87105
(505) 221-6000

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES
OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO    )
                          )ss.
COUNTY OF BERNALILLO  )

**I,** being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____county on the ___day of ___,_____, by delivering a copy of this summons, with a copy of complaint, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to defendant _____(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ]    to the defendant by [mail] [courier service] as provided by Rule I-004 NMRA (*used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (*used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at_____(*insert defendant's last known mailing address)* a copy of summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at_____ (*insert defendant's business address)* anf by mailing the summons and complaint by first class mail to the defendant at_____ (*insert defendant's last known mailing address)*

[ ]    to _____, an agent authorized to receive service of process for defendant_____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____, (*used when defendant is a minor or an incompetent person).*

[ ]    to _____ , (*name of person),* _____. (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

    _____

Signature of person making service
_____
Title (*if any*)
Subscribed and sworn to before me this _____day of _____, _____.


_____
Judge, notary or other officer
authorized to administer oaths


_____
Official title

FILED IN MY OFFICE
DISTRICT COURT CLERK
2/4/2016 5:15:16 PM
STEPHEN T. PACHECO
Ginger Sloan

| **SUMMONS** | |
|---|---|
| District Court: First Judicial<br>Santa Fe County, New Mexico<br>P.O. Box 2268<br>Court Address: 225 Montezuma Ave.<br>Santa Fe, New Mexico 87501<br>Court Telephone No: (505) 455-8250 | Case Number: No.: D-101-CV-2016-00177<br><br>Assigned Judge:<br><br>Honorable David K. Thompson |
| Plaintiff(s): GABRIEL MORAN and<br>REINERIS PENATE-NAJERA<br><br>v.<br><br>Defendant(s): CODY WYCOFF and OLD<br>DOMINION FREIGHT LINE, INC. | Defendant:<br><br>OLD DOMINION FREIGHT LINE, INC. |

**TO THE ABOVE NAMED DEFENDANTS(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considering served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial on most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; 1-505-797-6066

Dated this 4th of February, 2016

Stephen T. Pacheco
Clerk of thr District Court

Michael C. Ross
David Elias Idinopulos
ELIAS LAW P.C.
111 Isleta Boulevard SW, Suite A
Albuquerque, New Mexico 87105
(505) 221-6000

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO   )
                                )ss.
COUNTY OF BERNALILLO  )

**I,** being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____county on the ___day of ___,_____, by delivering a copy of this summons, with a copy of complaint, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to defendant _____(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ]     to the defendant by [mail] [courier service] as provided by Rule I-004 NMRA (*used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (*used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at_____(*insert defendant's last known mailing address)* a copy of summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at_____ (*insert defendant's business address)* anf by mailing the summons and complaint by first class mail to the defendant at_____ (*insert defendant's last known mailing address)*

[ ]     to _____, an agent authorized to receive service of process for defendant_____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____, *(used when defendant is a minor or an incompetent person).*

[ ]     to _____, *(name of person),* _____. *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

     _____

Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____day of _____, _____.

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/4/2016 1:23:15 PM
STEPHEN T. PACHECO
Monica Chavez Crespin

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

      Plaintiffs,

v.                                 No: D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS OF
NEW MEXICO, LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO

      Defendants.

## REQUEST FOR HEARING

Assigned Judge<u>: Honorable David K. Thomas</u>

Matter (s) to be heard<u>: Rule 16 Scheduling Conference</u>

Hearings presently set<u>: None</u>

Time requested<u>: 30 minutes</u>


                              ELIAS LAW, P.C.

                        By: **_/s/ Michael C. Ross_**
                              Michael C. Ross
                        111 Isleta Blvd. SW, Suite A
                        Albuquerque, NM 87105
                        505-221-6000
                        480-779-1329


I HEREBY CERTIFY that this pleading was
sent via the Court's e-filing system this
4th day of November 2016, to all counsel of record.

**"/s/" Michael C. Ross**
Michael C. Ross

**PARTIES ENTITLED TO NOTICE**

**Grammer Law Offices, P.C**
David A. Grammer III
1212 Pennsylvania St. NE
Albuquerque, NM 87110
505-266-8787
*Attorney for Defendant Old Dominion*
*Holdings of New Mexico, LLC*

**Elias Law, P.C.**
Michael C. Ross
111 Isleta Blvd SW, Suite A
Albuquerque, NM 87105
*Attorney for Plaintiffs*

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/2/2016 5:02:24 PM
STEPHEN T. PACHECO
Victoria Neal

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

      Plaintiffs,

v.                            Case No. D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS OF
NEW MEXICO LLC, and OLD DOMINION
COPORATION SYSTEM OF NEW MEXICO

      Defendants.

---

**FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES**

---

      Plaintiffs Gabriel Moran and Reineris Penate-Najera for their Complaint state:

      1.  Plaintiffs at all times pertinent hereto are and have been citizens and residents of the

State of Utah.

      2.  Upon information and belief, Defendant Cody Wycoff is a resident and citizen of

the State of Colorado.

      3.  Upon information and belief, Defendant Old Dominion Freight Line, Inc. ("Old

Dominion") is a Virginia corporation, having its principal place of business in North Carolina.

      4.  Old Dominion's registered agent for purposes of service of process is located in Santa

Fe County, New Mexico. Therefore venue is proper in this district.

      5.  Upon information and belief, Defendant Old Dominion Holdings of New Mexico LLC

is a New Mexico limited liability company with its principal place of business in Albuquerque,

New Mexico.

6.   Upon information and belief, Defendant Old Dominion Corporation System of New Mexico is a New Mexico corporation with its principal place of business located in Albuquerque, New Mexico.

7.   The motor vehicle accident described herein occurred in the State of New Mexico, therefore this Court has jurisdiction of the parties and the subject matter.

8.   The collision which is the subject of this litigation occurred on or about December 11, 2015, in Sandoval County, New Mexico, on US Highway 550 near the intersection of New Mexico State Road 537.

9.   At that time and place, Defendant Wycoff was driving a tractor trailer which was owned and/or operated by Defendants OLD DOMINION FREIGHT LINE, INC., OLD DOMINION HOLDINGS OF NEW MEXICO LLC, and OLD DOMINION COPORATION SYSTEM OF NEW MEXICO (hereinafter "Old Dominion Defendants").

10.   Defendant Wycoff slammed his vehicle into the back of Plaintiff Moran's vehicle, causing it to strike the rear of a vehicle driven by Plaintiff Najera-Penate.

11.   The subject collision was caused by the negligence and recklessness of Defendant Wycoff.

12.   Defendant Wycoff's reckless or taken with malicious and wanton disregard for the safety of Plaintiffs such than an award of punitive damages against Defendant Wycoff is justified.

**LIABILITY OF DEFENDANT WYCOFF**

13.   Defendant Wycoff had a duty to carefully and safely operate his vehicle and further to comply with all applicable statutes and regulations relating to the operation of motor vehicles. Defendant Wycoff failed to comply with those legal duties and said failure was a substantial factor in causing the subject collision and Plaintiffs' injuries and damages.

14.   Defendant Wycoff's negligence includes but is not specifically limited to the following:

      a. careless driving;

      b. reckless driving;

      c. following too closely;   and

      d. failure to maintain a safe distance and speed.

15.   In addition to common law negligence, Defendant Wycoff may be deemed negligent *per se* and strictly liable to Plaintiffs for Plaintiffs' injuries and damages based upon Defendant Wycoff's failure to comply with the mandate of the following New Mexico statutes:

      a. NMSA 1978 § 66-8-114- Careless driving;

      b. NMSA 1978 § 66-8-113- Reckless driving;

      c. NMSA 1978 § 66-7-318- Following too closely;

### LIABILITY OF OLD DOMINION DEFENDANTS

16.   The vehicle driven by Defendant Wycoff was owned by the Old Dominion Defendants.

17.   At all relevant times, Old Dominion Defendants exercised control over the use of his vehicle, including control over who used his vehicle.

18.   On the date of the collision, Old Dominion Defendants permitted Defendant Wycoff to use the vehicle.

19.   Old Dominion Defendants knew or should have known that Defendant Wycoff was likely to use the vehicle in such a manner as to create an unreasonable risk of harm to others.

20.   Old Dominion Defendants' entrustment of the vehicle to Defendant Wycoff was negligent.

19.   As a direct and proximate result of Old Dominion Defendants' negligent entrustment of the vehicle to Defendant Wycoff, Plaintiffs have suffered personal injuries, property damage, and other losses.

20.   As a separate and alternative claim, at all times relevant to this Complaint, Defendant Wycoff was acting in the course and scope of his employment with Old Dominion Defendants. Therefore, Old Dominion Defendants should be held imputedly liable for Defendant Wycoff's negligence under the doctrine of respondeat superior.

**PLAINTIFFS' DAMAGES**

21.   As a direct and proximate result of the negligence and carelessness of Defendant Wycoff, Plaintiffs have been injured and damaged. Plaintiffs' injuries and damages may include, but are not specifically limited to the following:

a. Medical bills and related expenses, past, present and future;

b. Physical pain and mental suffering, past, present and future;

c. Miscellaneous inconvenience and expense, past, present and future;

d. Damage to and loss of use of their motor vehicles; and

e. Lost wages and impairment of earning capacity, past, present and future.

f. Punitive damages.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, jointly and severally, awarding the following relief:

A.   Compensatory damages in an amount to be determined at trial;

B.   Punitive damages in a just amount;

C.   Pre- and post-judgment interest;

D.   Plaintiffs' costs; and

E.      Additional relief as the Court deems proper.


                                    ELIAS LAW P.C.
                                    By:      /s/ Michael C. Ross
                                            MICHAEL C. ROSS
                                    111 Isleta Boulevard SW, Suite A
                                    Albuquerque, NM 87105
                                    (505) 221-6000
                                    *Attorney for Plaintiffs*

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/3/2016 5:10:46 PM
STEPHEN T. PACHECO
Veronica Rivera

| **SUMMONS ON FIRST AMENDED COMPLAINT** | |
|---|---|
| District Court: First Judicial<br>Santa Fe County, New Mexico<br>P.O. Box 2268<br>Court Address: 225 Montezuma Ave.<br>Santa Fe, New Mexico 87501<br>Court Telephone No: (505) 455-8250 | Case Number: No.: D-101-CV-2016-00177<br><br>Assigned Judge:<br><br>Honorable David K. Thompson |
| Plaintiff(s): GABRIEL MORAN and<br>REINERIS PENATE-NAJERA<br><br>v.<br><br>Defendant(s): CODY WYCOFF and OLD<br>DOMINION FREIGHT LINE, INC., OLD<br>DOMINION HOLDINGS OF NEW<br>MEXICO LLC, and OLD DOMINION<br>CORPORATION SYSTEM OF NEW<br>MEXICO | Defendant:<br><br>OLD DOMINION FREIGHT LINE, LLC |

**TO THE ABOVE NAMED DEFENDANTS(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considering served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial on most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; 1-505-797-6066

Dated this     03,     of March, 2016

STEPHEN T PACHECO, COURT CLERK

BY: _Veronica F Rivera_

DEPUTY COURT CLERK

Michael C. Ross
David Elias Idinopulos
ELIAS LAW P.C.
111 Isleta Boulevard SW, Suite A
Albuquerque, New Mexico 87105
(505) 221-6000

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES
OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO    )
                                 )ss.
COUNTY OF BERNALILLO  )

**I,** being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____county on the ___day of ___,_____, by delivering a copy of this summons, with a copy of complaint, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to defendant _____(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ]    to the defendant by [mail] [courier service] as provided by Rule I-004 NMRA (*used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (*used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at_____(*insert defendant's last known mailing address)* a copy of summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at_____ (*insert defendant's business address)* anf by mailing the summons and complaint by first class mail to the defendant at_____ (*insert defendant's last known mailing address)*

[ ]    to _____, an agent authorized to receive service of process for defendant_____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____, (*used when defendant is a minor or an incompetent person).*

[ ]    to _____, (*name of person)*, _____. (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____

Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____day of _____, _____.

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/16/2016 3:47:22 PM
STEPHEN T. PACHECO
Raisa Morales

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

      Plaintiffs,

v.                           Case No. D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS OF
NEW MEXICO LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO

Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT**

---

      Plaintiffs, pursuant to Rule 1–015 NMRA 2015, moves the Court for entry of its Order

granting them leave to file a Second Amended Complaint. A copy of the proposed Second

Amended Complaint is attached hereto as Exhibit A. Defendants do not oppose this motion.

      As grounds for their motion, Plaintiffs state that the Second Amended Complaint

correctly identifies as Defendants the driver and owner of the truck involved in the accident.

      WHEREFORE, Plaintiff moves the Court to grant their motion.

                         ELIAS LAW P.C.

                         By:    /s/ Michael C. Ross
                                MICHAEL C. ROSS
                            111 Isleta Blvd. SW, Suite A
                                Albuquerque, NM 87105
                                (505) 221-6000
                                *Attorney for Plaintiffs*

I hereby certify that a copy of
the foregoing was served upon all
counsel of record via the Court's
e-filing system this 16TH day of November, 2016.

*/s/ Michael C. Ross*
MICHAEL C. ROSS



STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

      Plaintiffs,

v.                                Case No. D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,

      Defendants.

---

## SECOND AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES

---

Plaintiffs Gabriel Moran and Reineris Penate-Najera for their Complaint state:

1.  Plaintiffs at all times pertinent hereto are and have been citizens and residents of the State of Utah.

2.  Upon information and belief, Defendant Cody Wycoff is a resident and citizen of the State of Colorado.

3.  Upon information and belief, Defendant Old Dominion Freight Line, Inc. ("Old Dominion") is a Virginia corporation, having its principal place of business in North Carolina.

4.  Old Dominion's registered agent for purposes of service of process is located in Santa Fe County, New Mexico. Therefore venue is proper in this district.

5.  The motor vehicle accident described herein occurred in the State of New Mexico, therefore this Court has jurisdiction of the parties and the subject matter.

6.  The collision which is the subject of this litigation occurred on or about December 11, 2015, in Sandoval County, New Mexico, on US Highway 550 near the intersection of New Mexico

State Road 537.

7.   At that time and place, Defendant Wycoff was driving a tractor trailer which was owned and/or operated by Old Dominion.

8.   Defendant Wycoff slammed his vehicle into the back of Plaintiff Moran's vehicle, causing it to strike the rear of a vehicle driven by Plaintiff Najera-Penate.

9.   The subject collision was caused by the negligence and recklessness of Defendant Wycoff.

10. Defendant Wycoff's reckless or taken with malicious and wanton disregard for the safety of Plaintiffs such than an award of punitive damages against Defendant Wycoff is justified.

## LIABILITY OF DEFENDANT WYCOFF

11. Defendant Wycoff had a duty to carefully and safely operate his vehicle and further to comply with all applicable statutes and regulations relating to the operation of motor vehicles.

12. Defendant Wycoff failed to comply with those legal duties and said failure was a substantial factor in causing the subject collision and Plaintiffs' injuries and damages.

13. Defendant Wycoff's negligence includes but is not specifically limited to the following:

    a. careless driving;

    b. reckless driving;

    c. following too closely; and

    d. failure to maintain a safe distance and speed.

14.   In addition to common law negligence, Defendant Wycoff may be deemed negligent *per se* and strictly liable to Plaintiffs for Plaintiffs' injuries and damages based upon Defendant Wycoff's failure to comply with the mandate of the following New Mexico statutes:

a. NMSA 1978 § 66-8-114- Careless driving;

b. NMSA 1978 § 66-8-113- Reckless driving;

c. NMSA 1978 § 66-7-318- Following too closely;

## LIABILITY OF OLD DOMINION

15. The vehicle driven by Defendant Wycoff was owned by Old Dominion.   At all relevant times, Old Dominion exercised control over the use of his vehicle, including control over who used his vehicle.

16. On the date of the collision, Old Dominion permitted Defendant Wycoff to use the vehicle.

17. Old Dominion knew or should have known that Defendant Wycoff was likely to use the vehicle in such a manner as to create an unreasonable risk of harm to others.

18. Old Dominion's entrustment of the vehicle to Defendant Wycoff was negligent.

19. As a direct and proximate result of Old Dominion's negligent entrustment of the vehicle to Defendant Wycoff, Plaintiffs have suffered personal injuries, property damage, and other losses.

20. As a separate and alternative claim, at all times relevant to this Complaint, Defendant Wycoff was acting in the course and scope of his employment with Old Dominion. Therefore, Old Dominion should be held imputedly liable for Defendant Wycoff's negligence under the doctrine of respondeat superior.

## PLAINTIFFS' DAMAGES

21.     As a direct and proximate result of the negligence and carelessness of Defendant Wycoff, Plaintiffs have been injured and damaged. Plaintiffs' injuries and damages may include, but are not specifically limited to the following:

a. Medical bills and related expenses, past, present and future;

b. Physical pain and mental suffering, past, present and future;

c. Miscellaneous inconvenience and expense, past, present and future;

d. Damage to and loss of use of their motor vehicles; and

e. Lost wages and impairment of earning capacity, past, present and future.

f. Punitive damages.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, jointly and severally, awarding the following relief:

A.      Compensatory damages in an amount to be determined at trial;

B.      Punitive damages in a just amount;

C.      Pre- and post-judgment interest;

D.      Plaintiffs' costs; and

E.      Additional relief as the Court deems proper.

ELIAS LAW P.C.

By:     */s/ Michael C. Ross*    
        MICHAEL C. ROSS
111 Isleta SW, Suite A
Albuquerque, NM 87105
(505) 221-6000
*Attorney for Plaintiffs*

I hereby certify that a copy of
the foregoing was served upon all
counsel of record via the Court's
e-filing system this __ day of November, 2016.

*/s/ Michael C. Ross*    
MICHAEL C. ROSS

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/4/2016 9:42:15 AM
STEPHEN T. PACHECO
Jessica Garcia

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

      Plaintiffs,

v.                         Case No. D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS OF
NEW MEXICO LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO

      Defendants.

_____

### NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT OLD DOMINION HOLDINGS OF NEW MEXICO LLC ONLY WITH PREJDUCE

_____

      Pursuant to Rule 1-041(A)(1)(a) NMRA, Plaintiffs hereby give notice of their dismissal of their claims with prejudice against Defendant Old Dominion Holdings Of New Mexico LLLC only.

      All counsel having entered their appearance herein approve of this dismissal as indicated below.

                  ELIAS LAW P.C.

                  By:    */s/ Michael C. Ross*
                        MICHAEL C. ROSS
                  111 Isleta Boulevard SW, Suite A
                  Albuquerque, NM 87105
                  (505) 221-6000
                  *Attorney for Plaintiffs*

Approved:

BUTT THORNTON & BAEHR, P.C.

By:     *approved via e-mail 6/20/2016*
        Raul P. Sedillo
        Attorneys for Defendant Old Dominion Freight Line, Inc.

GRAMMER LAW OFFICES, P.C.

By:     *approved via e-mail 6/20/2016*
        David A. Grammer III
        Attorneys for Defendant Old Dominion Holdings of New Mexico LLC

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/7/2016 3:51:11 PM
STEPHEN T. PACHECO
Ginger Sloan

| **SUMMONS ON FIRST AMENDED COMPLAINT** ||
| District Court: First Judicial<br>Santa Fe County, New Mexico<br>P.O. Box 2268<br>Court Address: 225 Montezuma Ave.<br>Santa Fe, New Mexico 87501<br>Court Telephone No: (505) 455-8250 | Case Number: No.: D-101-CV-2016-00177<br><br>Assigned Judge:<br><br>Honorable David K. Thompson |
| Plaintiff(s): GABRIEL MORAN and<br>REINERIS PENATE-NAJERA<br><br>v.<br><br>Defendant(s): CODY WYCOFF and OLD<br>DOMINION FREIGHT LINE, INC., OLD<br>DOMINION HOLDINGS OF NEW<br>MEXICO LLC, and OLD DOMINION<br>SYSTEMS CORPORATION OF NEW<br>MEXICO | Defendant:<br><br>OLD DOMINION HOLDINGS OF NEW<br>MEXICO LLC |

**TO THE ABOVE NAMED DEFENDANTS(S):** Take notice that

1.  A lawsuit has been filed against you. A copy of the lawsuit is attached. The court issued this Summons.
2.  You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considering served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3.  You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4.  If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5.  You are entitled to a jury trial on most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6.  If you need an interpreter, you must ask for one in writing.
7.  You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; 1-505-797-6066

Dated this   7th        of April, 2016

Stephen T. Pacheco

District Court Clerk

*Ginger Sloan*

Michael C. Ross
David Elias Idinopulos
ELIAS LAW P.C.
111 Isleta Boulevard SW, Suite A
Albuquerque, New Mexico 87105
(505) 221-6000

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES
OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO      )
                                            )ss.
COUNTY OF SANTA FE       )

**I,** being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____county on the ___day of ___,_____,
 by delivering a copy of this summons, with a copy of complaint, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]      to defendant _____(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ]      to the defendant by [mail] [courier service] as provided by Rule I-004 NMRA
(*used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

[ ]      to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (*used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at_____(*insert defendant's last known mailing address)* a copy of summons and complaint.

[ ]      to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at_____ (*insert defendant's business address)* anf by mailing the summons and complaint by first class mail to the defendant at_____ (*insert defendant's last known mailing address)*

[ ]      to _____, an agent authorized to receive service of process for defendant_____.

[ ]      to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____, *(used when defendant is a minor or an incompetent person).*

[ ]      to _____ , *(name of person),* _____.
*(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____
            _____

Signature of person making service
_____
Title (*if any*)
Subscribed and sworn to before me this _____day of _____, _____.

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/27/2016 12:16:27 PM
STEPHEN T. PACHECO
ANO

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

No. D-101-CV-2016-00177

GABRIEL MORAN and
REINERIS PENATE-NAJERA

      Plaintiffs,

v.

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS OF
NEW MEXICO, LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO,

      Defendants.

ENTRY OF APPEARANCE

      COMES NOW GRAMMER LAW OFFICES, P.C. (David A. Grammer III) and hereby

enters its appearance on behalf of Defendant Old Dominion Holdings of New Mexico, LLC

herein.

                GRAMMER LAW OFFICES, P.C.

                By:___/s/ David A. Grammer III
                DAVID A. GRAMMER III
                *Attorneys for Defendant Old Dominion Holdings*
                *of New Mexico, LLC*
                1212 Pennsylvania St. NE
                Albuquerque, NM 87110
                Tel. (505) 266-8787

I hereby certify that a true and
correct copy of the foregoing
pleading was mailed on this
27th day of May, 2016, to
the following:

Elias Law, P.C.
Attn: Michael C. Ross
111 Isleta Blvd. SW, Suite A
Albuquerque, NM 87105

 /s/ David A. Grammer III
DAVID A. GRAMMER III

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/20/2016 4:30:18 PM
STEPHEN T. PACHECO
Gloria Landin

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

D-101-CV-2016-00177

GABRIEL MORAN, and
REINERIS PENATE NAJERA,

       Plaintiffs,

v.

CODY WYCOFF, and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS of NEW
MEXICO LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO,

       Defendants.

## JURY DEMAND

      COMES NOW the Defendant, Old Dominion Freight Line, Inc., through its attorneys of

record, Butt Thornton & Baehr PC, and hereby demands trial by a jury of twelve (12) persons.

                Respectfully Submitted,

                BUTT THORNTON & BAEHR PC

                **Electronically Filed**

                /s/ *Raul P. Sedillo*
                Raul P. Sedillo
                *Attorneys for Defendant Old Dominion Freight Line, Inc.*
                P.O. Box 3170
                Albuquerque, NM  87190
                (505) 884-0777
                rpsedillo@btblaw.com

I HEREBY CERTIFY that the foregoing was electronically
filed through the First Judicial District Court Odyssey
File & Serve system, which caused the following counsel
to be served by electronic means on the 20th day of May, 2016:


Michael C. Ross, Esq.
Elias Law, PC
111 Isleta Boulevard, SW, Suite A
Albuquerque, NM 87105


/s/*Raúl P. Sedillo*
Raúl P. Sedillo

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/20/2016 4:30:18 PM
STEPHEN T. PACHECO
Gloria Landin

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

D-101-CV-2016-00177

GABRIEL MORAN, and
REINERIS PENATE NAJERA,

        Plaintiffs,

v.

CODY WYCOFF, and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS of NEW
MEXICO LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO,

        Defendants.

## OLD  DOMINION FREIGHT LINE, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES FILED MARCH 11, 2016

COMES NOW Defendant Old Dominion Freight Line, Inc. (*hereinafter* "Defendant"), by and through its attorneys of record Butt Thornton & Baehr PC, and for its Answer to Plaintiffs' First Amended Complaint for Personal Injuries and Damages filed March 11, 2106 (*hereinafter* "Complaint"), states as follows:

1.      Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 1 of the Complaint and therefore denies the same and demands strict proof thereof.

2.      Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3.      Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4.      The assertions contained in Paragraph 4 of the Complaint legal conclusions and do not state factual assertions to which a response is required.  To the extent a response is

required, Defendant admits that their registered agent for purposes of service of process is located in Santa Fe, NM. The remaining allegations are denied.

5.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 5 of the Complaint and therefore denies the same and demands strict proof thereof.

6.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 6 of the Complaint and therefore denies the same and demands strict proof thereof.

7.     In response to Paragraph 7 of the Complaint, Defendant admits that the motor vehicle accident occurred in New Mexico.  The remaining allegations contained therein state a legal conclusion and do not state factual assertions to which a response is required.  To the extent a response is required, they are denied.

8.     Defendant admits the allegations contained in Paragraph 8 of the Complaint.

9.     In response to Paragraph 9 of the Complaint, Defendant admits that Defendant Wycoff was driving a tractor trailer which was owned and/or operated by Defendant Old Dominion Freight Line, Inc.  The remaining allegations are denied.

10.     Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11.     Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12.     Defendant denies the allegations contained in Paragraph 12 of the Complaint.

**LIABILITY OF DEFENDANT WYCOFF**

13.     In response to Paragraph 13 of the Complaint, Defendant admits that all persons driving vehicles on the highway have a duty to carefully and safely operate their vehicles and further to comply with all applicable statutes and regulations relating to the operation of motor vehicles. Defendant denies all remaining allegations.

14.     Defendant denies the allegations contained in Paragraph 14 of the Complaint, including all subparts.

15.     Defendant denies the allegations contained in Paragraph 15 of the Complaint, including all subparts.

## LIABILITY OF OLD DOMINION DEFENDANTS

16.     In response to Paragraph 16 of the Complaint, Defendant admits that the vehicle driven by Defendant Wycoff was owned by Defendant Old Dominion Freight Line, Inc.  The remaining allegations are denied.

17.     In response to Paragraph 17 of the Complaint, Defendant admits that Defendant Old Dominion Freight Line, Inc. exercised control over the use of Defendant Wycoff's vehicle, including control over who used the vehicle.  The remaining allegations are denied.

18.     In response to Paragraph 18 of the Complaint, Defendant admits that Defendant Old Dominion Freight Line, Inc. permitted Defendant Wycoff to use the vehicle.  The remaining allegations are denied.

19.     Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20.     Defendant denies the allegations contained in Paragraph 20 of the Complaint.

21.     Defendant denies the allegations contained in the second Paragraph 19 of the Complaint.

22.     Defendant denies the allegations contained in the second Paragraph 20 of the Complaint.

## PLAINTIFFS' DAMAGES

23.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 21 of the Complaint, including all subparts, and therefore denies the same and demands strict proof thereof.

24.     Any allegation not specifically admitted above is hereby denied.

## AFFIRMATIVE DEFENSES

1.      Defendant states that the Complaint and each and every allegation contained therein fails to state a claim upon which relief can be granted against Defendant.

2.      As a separate and alternative affirmative defense, Defendant states that the acts and damages alleged in the Complaint herein were the proximate result of the acts or omissions of third parties, not Defendant, thereby barring recovery herein.

3.      As a separate and alternative affirmative defense, Defendant states that the accident and damages as alleged herein were the proximate result of independent, intervening causes, or an act of God and not the negligence of and/or the proximate cause of Defendant.

4.      As a separate and alternative affirmative defense, Defendant states that in the event that Defendant was negligent, which negligence is specifically denied, then Plaintiffs (who were in separate cars yet still represented by the same counsel) and/or others were comparatively negligent, which negligence proximately contributed to the damages alleged herein, thereby barring or reducing the recovery as against Defendant.

5.      As a separate and alternative affirmative defense, Defendant states that Plaintiffs (jointly or separately) or others were negligent in failing and neglecting to exercise that degree of care which would have been used by an ordinary, reasonable and prudent person under the same or similar circumstances, which negligence proximately caused or contributed to cause the injuries as alleged herein.

6.      As a separate and alternative affirmative defense, Defendant states that Complainant decedent herein suffered no damage or injury as a result of any acts or omissions of Defendant.

7.      As a separate and alternative affirmative defense, Plaintiffs (jointly or separately) and others are comparatively at fault for the accident, damages, and injuries that are being claimed in this lawsuit.

8.      As a separate and alternative affirmative defense, Defendant states that the damages requested in the Complaint have not been mitigated, constituting a bar to recovery of damages caused by such failure.

9.      As a separate and alternative affirmative defense, punitive damages are not appropriate in this case. An award of punitive damages against Defendant would violate provisions of the New Mexico and United States Constitution. In addition, procedures for awards of punitive damages in New Mexico do not provide safeguards adequate to ensure due process as guaranteed by the Fourteenth Amendment to the United States Constitution.

10.     Defendant has not had the opportunity to complete discovery in this case and, therefore, Defendant reserves the right to modify, waive or add to any of the affirmative defenses stated herein as the litigation progresses.

WHEREFORE, Defendant Old Dominion Freight Line, Inc., having answered and stated affirmative defenses thereto, prays that the First Amended Complaint filed on March 11, 2016 be dismissed with prejudice, that the Court award costs incurred in defending against this action, and for such other and further relief as the Court deems just and appropriate.

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

**Electronically Filed**

/s/ *Raul P. Sedillo*
Raul P. Sedillo
*Attorneys for Defendant Old Dominion Freight Line, Inc.*
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
rpsedillo@btblaw.com

I HEREBY CERTIFY that the foregoing was electronically
filed through the First Judicial District Court Odyssey
File & Serve system, which caused the following counsel
to be served by electronic means on the 20th day of May, 2016:


Michael C. Ross, Esq.
Elias Law, PC
111 Isleta Boulevard, SW, Suite A
Albuquerque, NM 87105


/s/*Raúl P. Sedillo*
Raúl P. Sedillo

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/27/2016 4:26:34 PM
STEPHEN T. PACHECO
Avalita Kaltenbach

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

D-101-CV-2016-00177

GABRIEL MORAN, and
REINERIS PENATE NAJERA,

        Plaintiffs,

v.

CODY WYCOFF, and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS of NEW
MEXICO LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO,

        Defendants.

## <u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that *Defendant Old Dominion Freight Line, Inc.'s Answers to Plaintiffs' First Set of Interrogatories* and *Defendant Old Dominion Freight Line, Inc.'s Responses to Plaintiffs' First Request for Production of Documents*, along with a copy of this Certificate of Service, were mailed on the 27th day of June, 2016 to: Michael C. Ross, Esq., Elias Law, PC, 111 Isleta Blvd. SW, Suite A, Albuquerque, NM 87105.

        Respectfully Submitted,

        BUTT THORNTON & BAEHR PC

        /s/ *Raul P. Sedillo*
        Raul P. Sedillo
        *Attorneys for Defendant Old Dominion Freight Line, Inc.*
        P.O. Box 3170
        Albuquerque, NM  87190
        (505) 884-0777
        rpsedillo@btblaw.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
3/11/2016 4:40:31 PM
STEPHEN T. PACHECO
Angelica Gonzalez

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

        Plaintiffs,

v.                              Case No. D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS OF
NEW MEXICO LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO

        Defendants.

---

### FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES

---

Plaintiffs Gabriel Moran and Reineris Penate-Najera for their Complaint state:

1. Plaintiffs at all times pertinent hereto are and have been citizens and residents of the

State of Utah.

2. Upon information and belief, Defendant Cody Wycoff is a resident and citizen of

the State of Colorado.

3. Upon information and belief, Defendant Old Dominion Freight Line, Inc. ("Old

Dominion") is a Virginia corporation, having its principal place of business in North Carolina.

4. Old Dominion's registered agent for purposes of service of process is located in Santa

Fe County, New Mexico. Therefore venue is proper in this district.

5. Upon information and belief, Defendant Old Dominion Holdings of New Mexico LLC

is a New Mexico limited liability company with its principal place of business in Albuquerque,

New Mexico.

6. Upon information and belief, Defendant Old Dominion Corporation System of New Mexico is a New Mexico corporation with its principal place of business located in Albuquerque, New Mexico.

7. The motor vehicle accident described herein occurred in the State of New Mexico, therefore this Court has jurisdiction of the parties and the subject matter.

8. The collision which is the subject of this litigation occurred on or about December 11, 2015, in Sandoval County, New Mexico, on US Highway 550 near the intersection of New Mexico State Road 537.

9. At that time and place, Defendant Wycoff was driving a tractor trailer which was owned and/or operated by Defendants OLD DOMINION FREIGHT LINE, INC., OLD DOMINION HOLDINGS OF NEW MEXICO LLC, and OLD DOMINION COPORATION SYSTEM OF NEW MEXICO (hereinafter "Old Dominion Defendants").

10. Defendant Wycoff slammed his vehicle into the back of Plaintiff Moran's vehicle, causing it to strike the rear of a vehicle driven by Plaintiff Najera-Penate.

11. The subject collision was caused by the negligence and recklessness of Defendant Wycoff.

12. Defendant Wycoff's reckless or taken with malicious and wanton disregard for the safety of Plaintiffs such than an award of punitive damages against Defendant Wycoff is justified.

## LIABILITY OF DEFENDANT WYCOFF

13. Defendant Wycoff had a duty to carefully and safely operate his vehicle and further to comply with all applicable statutes and regulations relating to the operation of motor vehicles. Defendant Wycoff failed to comply with those legal duties and said failure was a substantial factor in causing the subject collision and Plaintiffs' injuries and damages.

14.   Defendant Wycoff's negligence includes but is not specifically limited to the

following:

a. careless driving;

b. reckless driving;

c. following too closely;   and

d. failure to maintain a safe distance and speed.

15.   In addition to common law negligence, Defendant Wycoff may be deemed negligent

*per se* and strictly liable to Plaintiffs for Plaintiffs' injuries and damages based upon Defendant

Wycoff's failure to comply with the mandate of the following New Mexico statutes:

a. NMSA 1978 § 66-8-114- Careless driving;

b. NMSA 1978 § 66-8-113- Reckless driving;

c. NMSA 1978 § 66-7-318- Following too closely;

### LIABILITY OF OLD DOMINION DEFENDANTS

16.   The vehicle driven by Defendant Wycoff was owned by the Old Dominion

Defendants.

17.   At all relevant times, Old Dominion Defendants exercised control over the use of his

vehicle, including control over who used his vehicle.

18.   On the date of the collision, Old Dominion Defendants permitted Defendant Wycoff

to use the vehicle.

19.   Old Dominion Defendants knew or should have known that Defendant Wycoff was

likely to use the vehicle in such a manner as to create an unreasonable risk of harm to others.

20.   Old Dominion Defendants' entrustment of the vehicle to Defendant Wycoff was

negligent.

19. As a direct and proximate result of Old Dominion Defendants' negligent entrustment of the vehicle to Defendant Wycoff, Plaintiffs have suffered personal injuries, property damage, and other losses.

20. As a separate and alternative claim, at all times relevant to this Complaint, Defendant Wycoff was acting in the course and scope of his employment with Old Dominion Defendants. Therefore, Old Dominion Defendants should be held imputedly liable for Defendant Wycoff's negligence under the doctrine of respondeat superior.

## PLAINTIFFS' DAMAGES

21. As a direct and proximate result of the negligence and carelessness of Defendant Wycoff, Plaintiffs have been injured and damaged. Plaintiffs' injuries and damages may include, but are not specifically limited to the following:

> a. Medical bills and related expenses, past, present and future;
>
> b. Physical pain and mental suffering, past, present and future;
>
> c. Miscellaneous inconvenience and expense, past, present and future;
>
> d. Damage to and loss of use of their motor vehicles; and
>
> e. Lost wages and impairment of earning capacity, past, present and future.
>
> f. Punitive damages.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, jointly and severally, awarding the following relief:

A. Compensatory damages in an amount to be determined at trial;

B. Punitive damages in a just amount;

C. Pre- and post-judgment interest;

D. Plaintiffs' costs; and

E.     Additional relief as the Court deems proper.

ELIAS LAW P.C.
By:     */s/ Michael C. Ross*
MICHAEL C. ROSS
111 Isleta Boulevard SW, Suite A
Albuquerque, NM 87105
(505) 221-6000
*Attorney for Plaintiffs*

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/18/2016 10:29:01 AM
STEPHEN T. PACHECO
Jessica Garcia

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

     Plaintiffs,

v.                            Case No. D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS OF
NEW MEXICO LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO

     Defendants.

---

**STIPULATED ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

---

     THIS MATTER having come before the Court upon Plaintiffs' Unopposed Motion for

Leave To File a Second Amended Complaint, all parties having entered their appearance herein

having stipulated to the entry of this Order, and the Court otherwise being fully advised in the

premises, hereby finds that the Motion is well-taken and should be, and hereby is, GRANTED.

     IT IS THEREFORE ORDERED that the Plaintiffs are granted leave to file a Second

Amended Complaint.

_____
THE HONORABLE DAVID K. THOMSON
DISTRICT COURT JUDGE

Submitted:

ELIAS LAW, P.C.

By:     */s/ Michael C. Ross*
        MICHAEL C. ROSS
        *Attorneys for Plaintiffs*

Approved as to form:

BUTT THORNTON & BAEHR PC

By:     *approved via e-mail 11/16/2016*
        RAUL P. SEDILLO
        *Attorneys for Defendants Wycoff*
        *and Old Dominion Freight Line, Inc.*

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/9/2016 8:51:21 AM
STEPHEN T. PACHECO
Victoria Martinez

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

       Plaintiffs,

v.                                  No: D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,
OLD DOMINION HOLDINGS OF
NEW MEXICO, LLC, and OLD DOMINION
SYSTEMS CORPORATION OF NEW MEXICO

       Defendants.

## <u>NOTICE OF HEARING</u>

       **NOTICE IS HEREBY GIVEN** that this matter has been called for hearing before The HONORABLE JUDGE DAVID K. THOMSON, District Judge, Division VI, for the date, time and place set forth below:

           DATE:        February 16, 2017

           TIME:        10:00 A.M.

           PLACE:      Judge Steve Herrera Judicial Complex,
                                Courtroom of The Honorable David K. Thomson,
                                225 Montezuma Ave., Santa Fe, New Mexico

           PURPOSE:   16 (B) Scheduling Conference

           JUDGE:      David K. Thomson

           TIME ALLOWED:  15 Minutes on a Trailing Docket

       **\*   \*THE PARTIES SHOULD SUBMIT ALL CASE SCHEDULING REPORTS FIVE  (5) DAYS PRIOR TO THE SCHEDULING CONFERENCE.**

                                      _____
                                      Heather Sanchez Martinez, TCAA

**Notices sent to Parties/Counsel:**
**Attorneys are responsible for providing Notice of Hearing to self-represented litigants and filing a Certificate of Mailing:**

**All telephonic appearances must be approved by Judge Thomson prior to hearing by Motion and Order.  Court Call appearances must be set up at least 5 business days prior to scheduled hearing by calling 1-888-882-6878.**

**PARTIES ENTITLED TO NOTICE**

**Grammer Law Offices, P.C**
David A. Grammer III
1212 Pennsylvania St. NE
Albuquerque, NM 87110
505-266-8787
*Attorney for Defendant Old Dominion*
*Holdings of New Mexico, LLC*

**Elias Law, P.C.**
Michael C. Ross
111 Isleta Blvd SW, Suite A
Albuquerque, NM 87105
*Attorney for Plaintiffs*

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/18/2016 12:43:31 PM
STEPHEN T. PACHECO
Jill Nohl

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

GABRIEL MORAN and
REINERIS PENATE-NAJERA,

       Plaintiffs,

v.                            Case No. D-101-CV-2016-00177

CODY WYCOFF and
OLD DOMINION FREIGHT LINE, INC.,

       Defendants.

_____

## SECOND AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES
_____

       Plaintiffs Gabriel Moran and Reineris Penate-Najera for their Complaint state:

       1.   Plaintiffs at all times pertinent hereto are and have been citizens and residents of the State of Utah.

       2.   Upon information and belief, Defendant Cody Wycoff is a resident and citizen of the State of Colorado.

       3.   Upon information and belief, Defendant Old Dominion Freight Line, Inc. ("Old Dominion") is a Virginia corporation, having its principal place of business in North Carolina.

       4.   Old Dominion's registered agent for purposes of service of process is located in Santa Fe County, New Mexico. Therefore venue is proper in this district.

       5.   The motor vehicle accident described herein occurred in the State of New Mexico, therefore this Court has jurisdiction of the parties and the subject matter.

       6.   The collision which is the subject of this litigation occurred on or about December 11, 2015, in Sandoval County, New Mexico, on US Highway 550 near the intersection of New Mexico

State Road 537.

7.   At that time and place, Defendant Wycoff was driving a tractor trailer which was owned and/or operated by Old Dominion.

8.   Defendant Wycoff slammed his vehicle into the back of Plaintiff Moran's vehicle, causing it to strike the rear of a vehicle driven by Plaintiff Najera-Penate.

9.   The subject collision was caused by the negligence and recklessness of Defendant Wycoff.

10. Defendant Wycoff's reckless or taken with malicious and wanton disregard for the safety of Plaintiffs such than an award of punitive damages against Defendant Wycoff is justified.

## LIABILITY OF DEFENDANT WYCOFF

11. Defendant Wycoff had a duty to carefully and safely operate his vehicle and further to comply with all applicable statutes and regulations relating to the operation of motor vehicles.

12. Defendant Wycoff failed to comply with those legal duties and said failure was a substantial factor in causing the subject collision and Plaintiffs' injuries and damages.

13. Defendant Wycoff's negligence includes but is not specifically limited to the following:

> a. careless driving;
>
> b. reckless driving;
>
> c. following too closely; and
>
> d. failure to maintain a safe distance and speed.

14.   In addition to common law negligence, Defendant Wycoff may be deemed negligent *per se* and strictly liable to Plaintiffs for Plaintiffs' injuries and damages based upon Defendant Wycoff's failure to comply with the mandate of the following New Mexico statutes:

     a. NMSA 1978 § 66-8-114- Careless driving;

     b. NMSA 1978 § 66-8-113- Reckless driving;

     c. NMSA 1978 § 66-7-318- Following too closely;

## LIABILITY OF OLD DOMINION

15. The vehicle driven by Defendant Wycoff was owned by Old Dominion.   At all relevant times, Old Dominion exercised control over the use of his vehicle, including control over who used his vehicle.

16. On the date of the collision, Old Dominion permitted Defendant Wycoff to use the vehicle.

17. Old Dominion knew or should have known that Defendant Wycoff was likely to use the vehicle in such a manner as to create an unreasonable risk of harm to others.

18. Old Dominion's entrustment of the vehicle to Defendant Wycoff was negligent.

19. As a direct and proximate result of Old Dominion's negligent entrustment of the vehicle to Defendant Wycoff, Plaintiffs have suffered personal injuries, property damage, and other losses.

20. As a separate and alternative claim, at all times relevant to this Complaint, Defendant Wycoff was acting in the course and scope of his employment with Old Dominion. Therefore, Old Dominion should be held imputedly liable for Defendant Wycoff's negligence under the doctrine of respondeat superior.

## PLAINTIFFS' DAMAGES

21.    As a direct and proximate result of the negligence and carelessness of Defendant Wycoff, Plaintiffs have been injured and damaged. Plaintiffs' injuries and damages may include, but are not specifically limited to the following:

a. Medical bills and related expenses, past, present and future;

b. Physical pain and mental suffering, past, present and future;

c. Miscellaneous inconvenience and expense, past, present and future;

d. Damage to and loss of use of their motor vehicles; and

e. Lost wages and impairment of earning capacity, past, present and future.

f. Punitive damages.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, jointly and severally, awarding the following relief:

A.    Compensatory damages in an amount to be determined at trial;

B.    Punitive damages in a just amount;

C.    Pre- and post-judgment interest;

D.    Plaintiffs' costs; and

E.    Additional relief as the Court deems proper.


ELIAS LAW P.C.

By:    */s/ Michael C. Ross*
          MICHAEL C. ROSS
111 Isleta SW, Suite A
Albuquerque, NM 87105
(505) 221-6000
*Attorney for Plaintiffs*

I hereby certify that a copy of
the foregoing was served upon all
counsel of record via the Court's
e-filing system this __ day of November, 2016.

*/s/ Michael C. Ross*
MICHAEL C. ROSS

FILED IN MY OFFICE
DISTRICT COURT CLERK
4/7/2016 3:51:11 PM
STEPHEN T. PACHECO
Ginger Sloan

| SUMMONS ON FIRST AMENDED COMPLAINT | |
|---|---|
| District Court: First Judicial<br>Santa Fe County, New Mexico<br>P.O. Box 2268<br>Court Address: 225 Montezuma Ave.<br>Santa Fe, New Mexico 87501<br>Court Telephone No: (505) 455-8250 | Case Number: No.: D-101-CV-2016-00177<br><br>Assigned Judge:<br><br>Honorable David K. Thompson |
| Plaintiff(s): GABRIEL MORAN and<br>REINERIS PENATE-NAJERA<br><br>v.<br><br>Defendant(s): CODY WYCOFF and OLD<br>DOMINION FREIGHT LINE, INC., OLD<br>DOMINION HOLDINGS OF NEW<br>MEXICO LLC, and OLD DOMINION<br>SYSTEMS CORPORATION OF NEW<br>MEXICO | Defendant:<br><br>CODY WYCOFF |

**TO THE ABOVE NAMED DEFENDANTS(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considering served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial on most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; 1-505-797-6066

Dated this 7th of April, 2016

Stephen T. Pacheco
District Court Clerk



Michael C. Ross
David Elias Idinopulos
ELIAS LAW P.C.
111 Isleta Boulevard SW, Suite A
Albuquerque, New Mexico 87105
(505) 221-6000

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES
OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO      )
                                                    )ss.
COUNTY OF SANTA FE      )

**I,** being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____county on the ___day of ___,_____, by delivering a copy of this summons, with a copy of complaint, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]      to defendant _____(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ]      to the defendant by [mail] [courier service] as provided by Rule I-004 NMRA (*used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

[ ]      to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (*used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at_____(*insert defendant's last known mailing address)* a copy of summons and complaint.

[ ]      to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at_____ (*insert defendant's business address)* anf by mailing the summons and complaint by first class mail to the defendant at_____ (*insert defendant's last known mailing address)*

[ ]      to _____, an agent authorized to receive service of process for defendant_____.

[ ]      to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____, *(used when defendant is a minor or an incompetent person).*

[ ]      to _____ , *(name of person),* _____. *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____

Signature of person making service
_____
Title (*if any*)
Subscribed and sworn to before me this _____day of _____, _____.

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title